Case 1:14-cv-03025-TWT   Document 5   Filed 10/09/14   Page 1 of 8

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 09 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITE STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WIDLINE DALAMBERT-DUCENA<br>WOLF DUCENA<br><br>Vs    Plaintiff(s)<br><br>OCWEN FINANCIAL CORPORATION<br><br>Defendant(s) | CASE No. 1:14-cv-03025-TWT-GGB<br><br>MOTION TO DISMISS<br>MARK J WINDHAM'S<br>MOTION TO DISMISS |

## MOTION TO DISMISS MARK J WINDHAM'S MOTION TO DISMISS

Pro se, Claimant(s), Wolf Ducena and Widline Dalambert-Ducena (collectively Plaintiff(s), petitions this court for DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF against OCWEN FINANCIAL CORPORATION, (collectively "Defendant(s)". Pro se, Plaintiff(s) respectfully request the indulgence of this court as Plaintiffs are not schooled in law. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519, herein by referenced.

## MOTION TO DISMISS MARK J WINDHAM'S MOTION TO DISMISS

1. AS TO MARK J WINDHAM'S MOTION TO DISMISS: Plaintiff(s), object with the grounds for the objection which is Counsel Mark J. Windham is not a party to the action and Counsel Mark J. Windham is attempting to testify for a witness not in appearance. Mark J. Windham has placed **no facts** on the record. No fact appears on record whether by deposition, admission; answer to interrogatory, or by affidavit to support the averments of Counsel Mark J. Windham's, motion to dismiss, is irrelevant, and inadmissible. Documents

proffered by counsel Mark J. Windham opinions are unverified, out-of-date, irrelevant, and inadmissible. "Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment." *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647, "Statements of counsel are not facts before the Court," see FRCPA Rule 52(a) and *United States v. Lovasco* (06/09/77) 431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752, *Holt v. United States* (10/31/10) 218 U.S. 245, 54 L. Ed. 1021, 31 S. Ct. 2.

2. AS TO **MARK J WINDHAM'S** MEMORANDUM OF LAW IN SUPPORT **MARK J WINDHAM'S** MOTION TO DISMISS: Plaintiff(s), object with the grounds for the objection which is Counsel Mark J. Windham is not a party to the action and Counsel Mark J. Windham is attempting to testify for a witness not in appearance. Mark J. Windham has placed **no facts** on the record. No fact appears on record whether by deposition, admission; answer to interrogatory, or by affidavit to support the averments of Counsel Mark J. Windham's, motion to dismiss, is irrelevant, and inadmissible. The **memorandum of law** proffered by counsel Mark J. Windham and his opinions are unverified, out-of-date, irrelevant, and inadmissible. "Statements of counsel, in their briefs or their arguments are not sufficient for a motion to dismiss or for summary judgment." *Trinsey v. Pagliaro*, D.C. Pa. 1964, 229 F. Supp. 647, "Statements of counsel are not facts before the Court," see FRCPA Rule 52(a) and *United States v. Lovasco* (06/09/77) 431 U.S. 783, 97 S. Ct. 2044, 52 L. Ed. 2d 752, *Holt v. United States* (10/31/10) 218 U.S. 245, 54 L. Ed. 1021, 31 S. Ct. 2.

3. **WHEREFORE**, Plaintiff(s) herein motion the court to dismiss Mark J. Windham's, motion to dismiss, for lack of subject matter jurisdiction.

4. **WHEREFORE**, Plaintiff(s) demands judgment in favor of the plaintiff's herein. Plaintiff(s) asserts that Mark J. Windham is not a party to the action herein. Plaintiff asserts that Mark J. Windham has no standing in the actions herein

referenced. Plaintiff Asserts that Mark J. Windham's, dismiss motion and memorandum of law is irrelevant, and inadmissible be dismissed or strike, quashed. Grant plaintiff's the flinging fees for the action filed in the court below. Grant plaintiff's Pro se litigants Attorney fees and costs. Pro se litigants may be entitled to Attorney fees and costs under the Civil Rights Attorney's Fee Award Act of 1976, 90 Stat. 2641, as amended 42 USC 1988.

Respectfully submitted this 7th, day of October, 2014

*[signature]*
Wolf Ducena, Pro se

*[signature]*
Widline Dalambert-Ducena, Pro se

## VERIFICATION

I/We, Widline Dalambert-Ducena and Wolf Ducena declare as follows:

1) I/We am named as the Claimant(s) in the above-entitled matter.

2) I/We have read the foregoing MOTION TO DISMISS MARK J WINDHAM'S MOTION TO DISMISS and attached Affidavit, and know the facts therein stated to be true and correct.

3) I/ We declare, under penalty of perjury pursuant to the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this _____, day of October, 2014.

_____
Widline Dalambert-Ducena, Claimant(s)


_____
Wolf Ducena, Trustee, Claimant(s)

# AFFIDAVIT

STATE OF GEORGIA
COUNTY OF __Henry__

I/WE, Widline Dalambert-Ducena and Wolf Ducena;

1. Being a residents of the State of Georgia and;

2. Being of the age of Majority, and;

3. Filed the attached MOTION TO DISMISS MARK J WINDHAM'S MOTION TO DISMISS, says;

4. I do hereby affirm that the allegations contained therein are true to my best knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

Executed on this __9th__, day of October, 2014.

_____
Widline Dalambert-Ducena, Affiant

_____
Wolf Ducena, Affiant

## JURAT

State of Georgia           )
                           ) solemnly affirming
County of  Henry           ) and subscribing

_____
Widline Dalambert-Ducena, Pro se

_____
Wolf Ducena, Pro se

On October 9th, 2014 personally appeared before me, Claimant(s), Widline Dalambert-Ducena and Wolf Ducena whose names are subscribed in the within instrument, and acknowledged to me that (he/she) executed the same.

Witness my hand and official seal    By:_____
                                           Notary Public

My commission expires: 6/13/2015

HELEN C MABUTIN
NOTARY PUBLIC
Henry County - State of Georgia
My Comm. Expires June 13, 2015

**Of Pro se, Counsel:**
Wolf and Widline Dalambert-Ducena
505 Mellview Court
Stockbridge, Georgia 30281

**PLEASE SERVE RESPONDENT(S) AT:**

Register Agent:
CORPORATION SERVICE COMPANY
40 TECHNOLOGY PARKWAY SOUTH,
SUITE 300
NORCROSS, GEORGA, 30092.

## CERTIFICATE OF SERVICE

This is to certify that the within and foregoing MOTION TO DISMISS MARK J WINDHAM'S MOTION TO DISMISS was deposited into the U.S. Mail upon the following:

TO:

Register Agent:
CORPORATION SERVICE COMPANY
40 TECHNOLOGY PARKWAY SOUTH,
SUITE 300
NORCROSS, GEORGA, 30092.

Respectfully submitted this ___ day of October, 2014

_____
Widline Dalambert-Ducena, Pro se

_____
Wolf Ducena, Pro se