IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WIDLINE DALAMBERT-DUCENA, et al.,

   Plaintiffs,

     v.

OCWEN FINANCIAL CORPORATION,

   Defendant.

CIVIL ACTION FILE
NO. 1:14-CV-3025-TWT

**ORDER**

This is an action seeking to enjoin a foreclosure sale. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 4] and denying the Plaintiffs' Motion to Remand [Doc. 6]. The Plaintiffs' Objections to the Report and Recommendation are incomprehensible. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 4] is GRANTED. the Plaintiffs' Motion to Remand [Doc. 4] is DENIED.

T:\ORDERS\14\Dalambert-Ducena\r&r.wpd

SO ORDERED, this 26 day of February, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge